UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 19-cv-22342-Moreno/Louis

IRAIZ HERNANDEZ,

    Plaintiff,
vs.

CAPITAL ONE, N.A.,

    Defendant.
_____/

## **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, IRAIZ HERNANDEZ, pursuant to F. R. C. P. 41(a) voluntarily dismisses this action with prejudice against Defendant, CAPITAL ONE, N.A, pursuant to agreement of the parties.

Debt Shield Law
Attorney for Plaintiff
3440 Hollywood Blvd., Suite 415
Hollywood, FL 33021
Tel:   305-776-1805
Fax:   305-503-9457
legal@debtshieldlawyer.com
joel@debtshieldlawyer.com

  */s/ Joel D. Lucoff*
Joel D. Lucoff
Fla. Bar No. 192163

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 19-cv-22342-Moreno/Louis

IRAIZ HERNANDEZ,

    Plaintiff,
vs.

CAPITAL ONE, N.A,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 7, 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                */s/ Joel D. Lucoff*
                                                Joel D. Lucoff

All Defendants

Via email