UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 19-22342-CIV-MORENO

IRAIZ HERNANDEZ,

        Plaintiff,

vs.

CAPITAL ONE, N.A.,

        Defendant.
_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE AND
ORDER DENYING ALL PENDING MOTIONS AS MOOT**

THIS CAUSE came before the Court upon the Plaintiff's Notice of Voluntary Dismissal With Prejudice **(D.E. 17)**, filed on **January 7, 2020**.

THE COURT has considered the notice, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**. All pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ of January 2020.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record